*Edward W. Little* and *Frank S. Roby,* for appellant.
*Holmes & McCallister,* for appellee.

NICHOLS, J.—On the authority of *Domestic Sewing Machine Co.* v. *Arthurholtz* (1878), 63 Ind. 322, the judgment in this case is affirmed.

## WATKINS *v.* THRUSH.

[No. 10,791.    Filed April 28, 1921.]

From Marion Superior Court (A 806); *Solon J. Carter,* Judge.

Action between Mary Watkins and Perry R. Thrush. From the judgment rendered, the former appeals. *Affirmed.*

*Charles B. Clarke* and *Walter C. Clarke,* for appellant.
*Clancy & Roller,* for appellee.

PER CURIAM.—Judgment affirmed.

## KITLEY *v.* CHILIAN ET AL.

[No. 10,812.    Filed May 11, 1921.]

From Marion Superior Court (105,902); *V. G. Clifford,* Judge.

Action between John Kitley and Homer Chilian and another. From the judgment rendered, the former appeals. *Affirmed.*

*Emsley W. Johnson,* for appellant.
*Joseph R. Williams* and *Chalmer Schlosser,* for appellee.

PER CURIAM.—Judgment affirmed.

## DENTON *v.* SPATH.

[No. 10,728.    Filed March 11, 1921.    Rehearing denied May 18, 1921.]

From Grant Superior Court; *Robert F. Murray,* Judge.

Action between Isom Denton and William Spath. From the judgment rendered, the former appeals. *Affirmed.*

*Kenner & Sapp, Bowers & Feightner* and *Van Atta & Clawson,* for appellant.
*William A. Branyan, Wilbur E. Branyan* and *Bernard B. Shively,* for appellee.

PER CURIAM.—Judgment affirmed.